# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

———————————————

Case No. 6D2024-0214
Lower Tribunal No. 23-01939

———————————————

PAMELA T. LOTT,

Appellant,

v.

REEMPLOYMENT ASSISTANCE APPEALS COMMISSION,

Appellee.

———————————————

Appeal from the Reemployment Assistance Appeals Commission.

November 8, 2024

PER CURIAM.

AFFIRMED. *See* Fla. R. App. P. 9.315(a).

WHITE and SMITH, JJ., and LAMBERT, B.D., Associate Judge, concur.


Pamela T. Lott, Bartow, pro se.

Katie E. Sabo, Appellate Counsel, of the Reemployment Assistance Appeals Commission, Tallahassee, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED